[Civil No. 804.]

YAVAPAI COUNTY, Appellant, v. JAMES P. STORM,
    Treasurer and Ex Officio Tax-Collector of Yavapai
    County, Appellee.

APPEAL from the District Court of the Fourth Judicial
District in and for the County of Yavapai.   R. E. Sloan,
Judge.
    No appearance for Appellant.
    James H. Wright, Attorney for Appellee.
    October 31, 1902.   Dismissed.

[Civil. No. 546.]

JAMES L. UTTER et al., as Executors of the Last Will and
    Testament of Elizabeth B. Voorhis, Deceased, Plaintiffs,
    v. BENJAMIN J. FRANKLIN, et al., Loan Commission-
    ers of the Territory of Arizona, Defendants.

ORIGINAL APPLICATION for Writ of Mandamus.
    Barnes & Martin, Attorneys for Plaintiffs.
    Rochester Ford, and C. F. Ainsworth, Attorney-General,
for Defendants.
    October 31, 1902.   Writ granted.
        VIII  Ariz.—8